AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Samuel J. Fisher<br>AKA: Brad Holiday<br>**Date of Birth:  XXXXXXXX**<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00146
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) and 1752(a)(2) - Unlawful Entry on Restricted Grounds;<br>40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct on Restricted Grounds) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

KATHERINE ANGULO, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____01/20/2021____

_____
*Judge's signature*

City and state:  _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*