# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | Case No. 1:21-MJ-146 (ZMF) |
| | : | |
| **SAMUEL FISHER,** | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1752(a)(1) |
| a/k/a "Brad Holiday," | : | (Entering and Remaining in a Restricted |
| | : | Building) |
| **Defendant.** | : | |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **SAMUEL FISHER**, also known as "Brad Holiday," did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President–elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **SAMUEL FISHER**, also known as "Brad Holiday," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President

and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

    (**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        N.Y. Bar No. 4444188

By:    */s/ Luke M. Jones*
        LUKE M. JONES, VA Bar 75053
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone No. (202) 252-7066
        Luke.Jones@usdoj.gov