AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Samuel J. Fisher
AKA: Brad Holiday

Defendant

Case No.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Samuel J. Fisher ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 1752(a)(2) - Unlawful Entry on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct on Restricted Grounds)

Date: 01/20/2021

2021.01.20
06:52:13 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/20/2021, and the person was arrested on *(date)* 1/20/2021
at *(city and state)* New York, NY.

Date: 1/28/2021

*Arresting officer's signature*

Special Agent Katherine Angulo
*Printed name and title*