UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-142-CJN |
| v. | : | |
| | : | |
| SAMUEL J. FISHER | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Francesco Valentini, detailed to the United States Attorney's Office for the District of Columbia. Please remove Luke M. Jones as counsel of record and from the electronic notification process.

May 9, 2022                                      Respectfully submitted,

                                                 MATTHEW M. GRAVES
                                                 UNITED STATES ATTORNEY
                                                 D.C. Bar No. 481052

                        By:    */s/ Francesco Valentini*
                               Francesco Valentini
                               D.C. Bar No. 986769
                               Trial Attorney
                               United States Department of Justice, Criminal Division
                               Detailed to the D.C. United States Attorney's Office
                               601 D Street NW
                               Washington, D.C. 20530
                               (202) 598-2337
                               francesco.valentini@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2022, an electronic copy of the foregoing was served on counsel for the defendant via the Court's ECF system.

                                        */s/ Francesco Valentini*
                                        Francesco Valentini