# EXHIBIT 1



Send Message

Entrepreneur

## Suggest Edits

Is this the right phone number for this page?

+13478718369

| Yes | Unsure | No |

## Photos

See All







## Appointment Availability

Tue, Jan 19

15 Minute Consultation Call

| 9:00 AM | 9:30 AM | 10:00 AM |
| 10:30 AM | 11:00 AM | 11:30 AM |

See All Times

### Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - June 14, 2019

📍 Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

Create Post

📷 Photo/Video          📍 Check in          👥 Tag Friends



**Brad Holiday**
July 9, 2019 · 🌐

Brad Holiday updated their phone number.    Call Now

👍❤️  6

👍 Like          💬 Comment          ↗ Share

Write a comment...          😊 📷 GIF 🐵

Press Enter to post.



**Brad Holiday**
July 9, 2019 · 🌐

Brad Holiday updated their website address.

Learn More

👍 8

Like          Comment          Share

Write a comment...

Press Enter to post.





**Brad Holiday**
June 14, 2019 · 🌐

Brad Holiday now takes appointments on their Page.

👍 2

Like      💬 Comment      ↗ Share

Write a comment...

Press Enter to post.



**Brad Holiday**
June 14, 2019 · 🌐

Brad Holiday updated their business hours.

👍 2

👍 Like          💬 Comment          ➤ Share

Write a comment...          ☺ 📷 GIF 🎁

Press Enter to post.



