# EXHIBIT 21

**Photo ID**
314752213112594

**Author** Gene Priluk (Facebook: )
**Sent** 2020-12-24 18:30:41 UTC
**Body** Wrong message

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2020-12-24 19:22:45 UTC
**Body** Yeah I'm headed down there

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2020-12-29 04:22:42 UTC
**Body** Yo what's ur website man

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2020-12-29 04:22:52 UTC
**Body** I quoted you in an article I just wrote

**Author** Gene Priluk (Facebook: )
**Sent** 2020-12-29 13:22:57 UTC
**Body** Thanks dude

**Author** Gene Priluk (Facebook: )
**Sent** 2020-12-29 13:23:01 UTC
**Body** What quote?

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:44:36 UTC
**Body** Bro.....

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:44:44 UTC
**Body** Insane.

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:44:59 UTC
**Body** were u there?

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:45:27 UTC
**Body** Nah man. Couple of my boys from NY were there

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:45:37 UTC
**Body** Did you get to the frontlines?

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:45:38 UTC
**Body** i was there

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:45:41 UTC
**Body** yes

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:45:54 UTC
**Body** Armed insurrection? Nobody had a weapon

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:45:59 UTC
**Body** i'll be talking about it as soon as im unbanned

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:03 UTC
**Body** oh fuck msm

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:06 UTC
**Body** fuck the left

**Author** Holiday Joseph Bradly (Facebook )
**Sent** 2021-01-07 21:46:13 UTC
**Body** they have 0 concrete morality or anything to stand on

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:46:17 UTC
**Body** Dude fuck the right too

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:17 UTC
**Body** they'll say and do anything

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:46:20 UTC
**Body** Spineless

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:24 UTC
**Body** republicans yes

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:25 UTC
**Body** thats true

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:29 UTC
**Body** patriot party

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:35 UTC
**Body** thats what i belong to

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:46:38 UTC
**Body** Exactly

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:43 UTC
**Body** it was nuts man

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:46:46 UTC

**Body** American party

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:46:56 UTC
**Body** ive had threats to be doxxed and sent to the  fbi

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:04 UTC
**Body** they can literally fuck off to hell

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:24 UTC
**Body** dude

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:26 UTC
**Body** it was awesome

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:30 UTC
**Body** it was dangerous and violent

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:32 UTC
**Body** people died

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:37 UTC
**Body** but it was fucking great if you ask me

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:47:43 UTC
**Body** i got tear gassed and pepper sprayed

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:48:13 UTC
**Body** I don't see how anyone who knows anything can argue that it was important to let these people know they aren't untouchable

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:48:15 UTC
**Body** it showed that they are way more scared of us than we are of them

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:48:23 UTC
**Body** 🙌🙌
**Attachments** sticker (369239263222822)
  **Type** image/png
  **Size**
  **URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9zdGlja2Vyc19mQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&oh=44da4901d7bd0c74a95e4935888cbd5b&oe=602B688B



**Photo ID** 369239263222822

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:48:26 UTC
**Body** seeing cops literally run

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:48:38 UTC
**Body** was the coolest thing ive ever seen in my life

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:48:46 UTC
**Body** cant divulge too much here

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:48:55 UTC
**Body** but fuck the dc police

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:50:47 UTC
**Body** in all seriousness get ready

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:51:06 UTC
**Body** get in shape and see if you can find someone that knows medical/veteran w/ combat experience

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:51:30 UTC
**Body** it very likely will come down to we the non faggoty people doing shit

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:53:22 UTC
**Body** I live in Arizona dude

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:53:39 UTC
**Body** People here aren't like back east

**Author** Gene Priluk (Facebook: )
**Sent** 2021-01-07 21:53:43 UTC
**Body** This is cowboy country

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:54:02 UTC
**Body** i know

**Author** Holiday Joseph Bradly (Facebook: )
**Sent** 2021-01-07 21:54:10 UTC

**Body**   guarantee you they're not organized

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:17 UTC
**Body**   thats the biggest thing that antifa does that we dont do

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:26 UTC
**Body**   we're all willing and able but are not organized

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:28 UTC
**Body**   also think about this

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:32 UTC
**Body**   trump MIGHT be a traitor

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:41 UTC
**Body**   everyone else has been

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:54:46 UTC
**Body**   i am behind him until he proves himself to be one

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:55:08 UTC
**Body**   in which case we are headed for a real SHTF situation

**Author** Gene Priluk (Facebook: )
**Sent**   2021-01-07 21:55:25 UTC
**Body**   He may just be a figure head

**Author** Gene Priluk (Facebook: )
**Sent**   2021-01-07 21:55:28 UTC
**Body**   Controlled opposition

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:55:37 UTC
**Body**   who knows

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:55:47 UTC
**Body**   i didn't like what he did in DC

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:55:59 UTC
**Body**   gave a shitty speech, then abandoned us

**Author** Holiday Joseph Bradly (Facebook: )
**Sent**   2021-01-07 21:56:11 UTC
**Body**   woman is dead because of it

**Author** Gene Priluk (Facebook: )
**Sent**   2021-01-08 00:20:31 UTC
**Body**   https://youtu.be/iFADopBnb_U