Exhibit A

i regret both doing the foolish actions and making inflammatory remarks that i did in the time leading up to and on january 6th.

it saddens me that it could have had any deliterious effects on otherwise peaceful and meritorious protests based on redress of grievances.

had i had it all over to do again, i would have stayed home continued my legal and writing education and practices and never physically got involved in rallies or protests.

to anyone who was frightened by what i wrote or what i did i personally extend my hand to you in apology and hope that one day the ever widening political divide in this country may be bridged so that we can have reasonable contests of ideas and discussions within our united states and within our families and friendships agian.


[Samuel Fisher]