UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ] | |
| v. ] | Criminal No.  21-142 |
| SAMUEL FISHER ] | Judge Nichols |

**MOTION TO WITHDRAW AS COUNSEL**

Petitioner Joanne Slaight respectfully moves to withdraw as counsel, and as grounds therefore states the following:

1.   Petitioner was appointed to represent defendant in the above-titled case on February 19, 2021.

2.   Another attorney entered his appearance in the case on October 25, 2022 (ECF 45), and filed a motion on Mr. Fisher's behalf (ECF 46).

WHEREFORE, petitioner respectfully requests that she be granted leave to withdraw as counsel in the above matter and that her appearance be stricken.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400 7th St, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969
Email jslaight@att.net