UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:21-cr-00142 (CJN) |
| SAMUEL FISHER, | |
| *Defendant*. | |

# ORDER

Before the Court is Defendant Samuel Fisher's Motion to Vacate Detainer and for Voluntary Surrender, which the Government does not oppose. *See* Def.'s Mot., ECF No. 51; Gov't Resp., ECF No. 52. In order to participate in temporary release programs at the New York state facility in which he is currently incarcerated, the Defendant seeks an order vacating the federal detainer lodged against him in connection with this case and permitting him to voluntarily surrender for the service of his federal sentence. As previously noted, "the Court has no objection to, and in fact supports, the Defendant's participation in temporary release programs." Notice, ECF No. 50. However, the Defendant has not demonstrated that the Court has the authority to issue the post-judgment relief sought. For that reason, it is

**ORDERED** that the Motion is **DENIED**.

DATE: June 15, 2023

CARL J. NICHOLS
United States District Judge